# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **LAKENDERICK JAMAL JONES,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:24-cv-00857-RDP-JHE |
| **STEVEN MARSHALL, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Plaintiff Lakenderick Jamal Jones filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. 1). On September 12, 2025, the Magistrate Judge entered a Report and Recommendation recommending the court dismiss this action pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 8). Although the Magistrate Judge advised Plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this October 6, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE